175 A.3d 173

MAIN STREET AT WOOLWICH, LLC, WOOLWICH COMMONS, LLC, AND WOOLWICH CROSSINGS, LLC, PLAINTIFFS–RESPONDENTS, v. AMMONS SUPERMARKET, INC., BENJAMIN AMMONS, DEFENDANTS, AND R.S. GASIOROWSKI, ESQUIRE, AND GASIOROWSKI & HOLOBINKO, DEFENDANTS–PETITIONERS.

### C–331 September Term 2017
### 080036

November 29, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000713–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.